COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )               No.  08-05-00291-CV

                                                                              )

                                                                              )                    Appeal from the

IN THE MATTER OF THE ESTATE
OF             )

CRISTINA LOYA GARCIA,
Deceased               )                      Probate Court

                                                                              )

                                                                              )           
of El Paso County, Texas

                                                                              )

                                                                              )             
(TC# 2004-P00731-A)

                                                                              )

 

O
P I N I O N

 

Pending before the
Court is Appellant=s motion
to withdraw this appeal.  Appellant,
Marcela Lopez Borunda, filed  an appeal from a disbursement order
entered by the Probate Court of El Paso County, Texas, in cause number
2004-P00731-A.  Appellant now files a
motion to withdraw notice of appeal.  We
construe Appellant=s motion
to be a motion to dismiss this appeal pursuant to Tex.R.App.P.
42.1(a)(1).

We have considered
this cause on this motion and conclude that the motion should be granted.  See Tex.R.App.P. 42.1 (a)(1).  We hereby DISMISS this appeal.

 

 

October
13, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.